```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 04378
  TRACY R SCOTT
  DENISE SCOTT                                    CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES

           Debtor
  SSN XXX-XX-7751      SSN XXX-XX-0524


-----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/05/04 and confirmed on 04/23/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  55800.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
HSBC AUTO FINANCE        SECURED              9275.00       2379.59        9275.00
WASHINGTON MUTUAL BANK   CURRENT MORTG            .00           .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE        5980.77           .00        5980.77
INTERNAL REVENUE SERVICE PRIORITY             2683.54           .00        2683.54
INTERNAL REVENUE SERVICE UNSECURED             223.33           .00          30.59
ASPIRE                   UNSECURED            6625.85           .00         907.65
CAPITAL ONE FINANCIAL    FILED LATE              .00            .00            .00
B FIRST LLC              UNSECURED           13814.16           .00        1892.34
COMED                    UNSECURED          NOT FILED           .00            .00
CULLIGAN                 UNSECURED          NOT FILED           .00            .00
ICE MOUNTAIN WATER       UNSECURED          NOT FILED           .00            .00
ILLINOIS STUDENT ASSIST  UNSECURED           11434.11           .00        1566.31
NICOR GAS                UNSECURED            1170.76           .00         160.38
SBC BANKRUPTCY DESK      UNSECURED             624.98           .00          85.61
SHORT TERM LOAN          UNSECURED          NOT FILED           .00            .00
US BANK                  UNSECURED            1421.01           .00         194.66
HSBC AUTO FINANCE        UNSECURED            3950.84           .00         541.21
INTERNAL REVENUE SERVICE SECURED             25670.79           .00       25670.79
         Summary of disbursements:

                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  40926.56     2683.54     39265.04          .00       82875.14
PRINCIPAL PAID      40926.56     2683.54      5378.75          .00       48988.85
INTEREST PAID        2379.59         .00          .00          .00        2379.59
TOTAL PAID          43306.15     2683.54      5378.75          .00       51368.44
The Debtor's attorney, RICHARD S BASS                , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $   2431.56 .
```

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE  2
        CASE NO. 04 B 04378 TRACY R SCOTT & DENISE SCOTT